# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION - SPRING STREET COURTHOUSE

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 2:22-mc-00022-ODW (JPR)<br><br>U.S. Magistrate Jean P. Rosenbluth<br><br>**ORDER RE DEPOSITION OF NON-PARTY CHRISTOPHER HSU PURUSANT TO 28 U.S.C. § 1782** |

Having reviewed the parties' stipulation regarding the deposition of Christopher Hsu pursuant to 28 U.S.C. § 1782, **IT IS HEREBY ORDERED** that:

1. All documents Respondent provided to the Company, other than those withheld or redacted by the Company on the grounds of privilege, will be produced by the Company, either as a new production in this action or by reference to the relevant production numbers applicable in the Cayman Appraisal Proceeding.

2.    Respondent, working with the Company, will provide a privilege log of documents withheld or redacted based upon privilege.

3.    Once this production is made and a privilege log furnished, Respondent and Petitioners and the Company will agree upon a mutually convenient date for Respondent's deposition, or in the absence of agreement, may request a date set by the Court. Petitioners will not require Respondent to travel for the deposition. In the event that the deposition is held in person, Petitioners shall cover the reasonable travel costs for Respondent's counsel.

4.    At the time and place designated per Paragraph 3, Respondent shall submit to a deposition under the Federal Rules of Civil Procedure.

5.    Provided the documents produced are treated as confidential under the Protective Order, such documents can be used in connection with the deposition of Respondent.

6.    Petitioners and the Company will not seek any testimony relating to Respondent's personal life.

7.    Petitioners and the Company will use best efforts not to unreasonably extend the duration of the deposition and the deposition will not, in any case, exceed seven hours and the deposition will not be scheduled to begin prior to 8:00 am HKT and shall not extend past 10 pm HKT.

8.    Petitioners' rights to seek additional discovery from Respondent if Petitioners discover that Respondent has failed to collect or has otherwise withheld responsive documents from the Company are reserved and nothing in this order shall prejudice Petitioners' rights to seek such discovery.

[PROPOSED] ORDER RE DEPOSITION OF CHRISTOPHER HSU
PURSUANT TO 28 U.S.C. § 1782

9.      Nothing in this Order shall prejudice Petitioners' rights to seek additional discovery under Section 1782 from non-parties to this Order.

**IT IS SO ORDERED.**

Dated: June 24, 2022                    By: _____

                                        Honorable Jean P. Rosenbluth

[PROPOSED] ORDER RE DEPOSITION OF CHRISTOPHER HSU
PURSUANT TO 28 U.S.C. § 1782